**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
2011 OCT -5 PM 12: 51
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | CRIMINAL NO. SA-11-CR- |
| v. | § | |
| | § | SA11CR0832 XR |
| | § | **INDICTMENT** |
| JESUS MANUEL PEREZ, SR. aka "CHUY"(1), | § | |
| JESUS PEREZ, JR. aka "CHUITO" (2), | § | Vio: CT 1: 18:371 and 18:554 - |
| RAYMUNDO ESTEVAN RIVERA aka "RAY" (3), | § | Conspiracy to Smuggle Goods from the U.S. |
| ADOLFO EFREN TAVIRA-ALVARADO (4), | § | Vio: CT 2: 18: 2, and 18:554 |
| ANTONIO FIDALGO-CABELLO aka "TONY" (5), and | § | Aiding and Abetting Smuggling Goods from the U.S. |
| JESSICA CAROLINA MARTINEZ (6) | § | |
| | § | |
| Defendants. | § | |

THE GRAND JURY CHARGES:

**COUNT ONE**
(18 U.S.C. § 371, 18 U.S.C. § 554)

That beginning on or about June 16, 2011, and continuing to and including on about July 7, 2011, in the Western District of Texas and elsewhere, Defendants,

**JESUS MANUEL PEREZ, SR. aka "CHUY"(1),
JESUS PEREZ, JR. aka "CHUITO" (2),
RAYMUNDO ESTEVAN RIVERA aka "RAY" (3),
ADOLFO EFREN TAVIRA-ALVARADO (4),
ANTONIO FIDALGO-CABELLO aka "TONY" (5), and
JESSICA CAROLINA MARTINEZ (6)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 18, United States Code, Section 371, that is, the

Defendants and others conspired, combined, confederated and agreed among themselves and with each other and with others known and unknown to knowingly and unlawfully conceal and facilitate the transportation and concealment of any merchandise, an article, and object, prior to exportation, knowing the same to be intended for exportation from the United States contrary to any law and regulation of the United States, to-wit; sixty-seven firearms and assorted ammunition, all in violation of Title 18, United States Code, Section 554.

## OVERT ACTS

In furtherance of the conspiracy alleged in Count One, and to effect the objects thereof, at least one of the co-conspirators herein committed one or more of the following overt acts, among others, in the Western District of Texas, and elsewhere:

1. On or about July 5, 2011, **JESUS MANUEL PEREZ, SR. aka "CHUY"(1)**, received a call from an individual known only as PARAJA and arrangements were made between the two for individuals to travel from Eagle Pass, Texas to Houston, Texas, for the purpose of picking up weapons for transportation to Piedras Negras, Mexico.

2. On or about July 5, 2011, **JESUS MANUEL PEREZ, SR. aka "CHUY"(1), JESUS PEREZ, JR. aka "CHUITO" (2)** and **RAYMUNDO ESTEVAN RIVERA aka "RAY" (3)** made arrangements to repair a black 1993 Ford Pick-up truck to be used to travel to Houston, Texas, to collect the weapons and then return them to Eagle Pass, Texas, and then to Piedras Negras, Mexico.

3. On or about July 5, 2011, **JESUS MANUEL PEREZ, SR. aka "CHUY"(1)** and **RAYMUNDO ESTEVAN RIVERA aka "RAY"** purchase and licensed a small flatbed trailer to be used to transport the weapons from Houston, Texas, to Eagle Pass, Texas, an then to Piedras Negras, Mexico.

4. On or about July 6, 2011, **JESUS PEREZ, JR. aka "CHUITO" (2), RAYMUNDO ESTEVAN RIVERA aka "RAY" (3), ADOLFO EFREN TAVIRA-ALVARADO (4), ANTONIO FIDALGO-CABELLO aka "TONY" (5), and JESSICA CAROLINA MARTINEZ (6)** traveled from Eagle Pass, Texas, to Houston, Texas, in the black 1993 Ford Pick-up with the flat bed trailer for the purpose of obtaining the weapons that were to be transported back to Eagle Pass, Texas, and then to Piedras Negras, Mexico.

5. On or about July 7, 2011, **JESUS PEREZ, JR. aka "CHUITO" (2), RAYMUNDO ESTEVAN RIVERA aka "RAY" (3), ADOLFO EFREN TAVIRA-ALVARADO (4), ANTONIO FIDALGO-CABELLO aka "TONY" (5), and JESSICA CAROLINA MARTINEZ (6)** purchased sheet rock and plywood in Houston, Texas, for the purpose of concealing the weapons while they were being transported from Houston, Texas, to Eagle Pass, Texas, and then on to Piedras Negras, Mexico.

6. On or about July 7, 2011, **JESUS PEREZ, JR. aka "CHUITO" (2), RAYMUNDO ESTEVAN RIVERA aka "RAY" (3), ADOLFO EFREN TAVIRA-ALVARADO (4), ANTONIO FIDALGO-CABELLO aka "TONY" (5), and JESSICA CAROLINA MARTINEZ (6)** met with unknown individuals in Houston, Texas, and exchanged vehicles for the purpose of obtaining weapons that would then be transported from Houston, Texas, to Eagle Pass, Texas, and then to Piedras Negras, Mexico.

7. On or about July 7, 2011, **JESUS PEREZ, JR. aka "CHUITO" (2), RAYMUNDO ESTEVAN RIVERA aka "RAY" (3), ADOLFO EFREN TAVIRA-ALVARADO (4), ANTONIO FIDALGO-CABELLO aka "TONY" (5), and JESSICA CAROLINA MARTINEZ (6)** received the following weapons in Houston, Texas, concealed inside the sheet rock and plywood that they had previously purchased:

|    | Make          | Model         | Caliber     | Serial #      |
|----|---------------|---------------|-------------|---------------|
| 1. | DPMS          | A-15          | .223        | Destroyed     |
| 2. | SAIGA         | AK Variant    | 7.62/39     | H06103188     |
| 3. | CMMG          | 4SA (AR-15)   | .223        | D             |
| 4. | CENTURY ARMS  | R1A1 (FAL V)  | 308         | CA33430       |
| 5. | ROCK RIVER    | AR-15         | 5.56        | D             |
| 6. | ROCK RIVER    | AR-15         | 5.56        | 2002688       |
| 7. | WASR          | 1063 (AKV)    | 7.62/39     | 1984PF6732    |
| 8. | SAR           | SAR1 (AKV)    | 7.62/39     | S1-821168-03  |
| 9. | OLYMPIC ARMS  | PCR98         | .223/5.56   | D             |
| 10.| STAG ARMS     | 15            | 5.56        | 70335         |
| 11.| WASR          | 1063 (AKV)    | 7.62/39     | 1975FO1842    |
| 12.| DRACO         | DRACO-C       | 7.62/39     | 1969BN3051    |
| 13.| RUGER         | MINI-14       | 7.62/39     | 581-49614     |
| 14.| CETME         | 93 (HKV)      | 308         | C44003        |
| 15.| STAG ARMS     | STAG 15       | 5.56        | D             |
| 16.| WASR          | 1063 (AKV)    | 7.62/39     | IM3435-78     |
| 17.| ROCK RIVER    | LAR-15        | 5.56        | KT1066141     |
| 18.| DPMS          | A-15          | 5.56        | D             |
| 19.| COLT          | AR-15         | .223        | D             |
| 20.| AK 47         |               | 7.62/39     | 005838        |
| 21.| WASR          | 1063 (AKV)    | 7.62/39     | 1974FH2296    |
| 22.| DRACO         | DRACO-C       | 7.62/39     | DR7874-09     |
| 23.| ROCK RIVER    | LAR-15        | 5.56        | 93273         |

24. ARSENAL     SLR95 (AKV)  7.62/39 0931
25. SIG         5.56         5.56      JS023849
26. WASR        1063 (AKV)   7.62/39 1968AR1918
27. STAG ARMS   AR-15        5.56      D
28. DRACO       DRACO-C      7.62/39 1969BN4691
29. WASR        1063 (AKV)   7.62/39 1964DE0528
30. WASR        1063 (AKV)   7.62/39 D
31. SPIKES TACTICAL ST-15    MULTI D
32. BUSHMASTER  XM15         5.56      L291021
33. LRB ARMS    M15SA        5.56      D
34. WASR        1063 (AKV)   7.62/39 1972D14522
35. ZASTAVA    AKV           7.62/39 423781
36. ROCK RIVER  LAR-15       5.56      D
37. RUGER       MINI-14      .223      19588742
38. G           AKV          7.62/39 GP-C500554
39. STAG ARMS   AR-15        5.56      D
40. WASR        1063 (AKV)   7.62/39 AS4754-83
41. SUPERIOR ARMS  S-15      5.56      D
42. MARS        SAR041       7.62/39 9991100
43. SUPERIOR ARMS  S-15      5.56      D
44. ROCK RIVER  AR-15        5.56      D
45. SKS         SKS          7.62/39 23005881
46. US CARBINE  30M1         .30 CAR MB0948
47. SIG ARMS    556R         7.62/39 28A002664
48. WASR        1063 (AKV)   7.62/39 1976FZ0817
49. S & W       M & P        5.56      D
50. BUSHMASTER  XM15         5.56      D
51. NORENCO    SKSPARA       7.62/39 9302587
52. CETME       M93 (HKV)    308       C42501
53. ROCK RIVER  LAR-15       5.56      D
54. ROCK RIVER  LAR-15       5.56      D
55. ROMARM      PSL-54C      7.62/54 H8806-79
56. SPIKES TAC  ST-15        MULTI D
57. CMMG        MK5          5.56      D
58. UNIVERSAL   ENFORCER     .30 CAR 160711
59. SOG ARMORY  SOG-15       MULTI D
60. SIGA        CANLA12      12 GUAGE  H08449079
61. DRACO       DRACO-C      7.62/39 1968B11138
62. WASR        1063 (AKV)   7.62/39 1963AB0091
63. CETME       M93 (HKV)    308       C43911
64. INLAND      M1 CAR       .30       4986830
65. DPMS        A-15         .223      D
66. ROCK RIVER  LAR-15       5.56      D
67. SKS         SKS          7.62/39 3054

8. On or about July 7, 2011, **JESUS PEREZ, JR. aka "CHUITO" (2)**, **RAYMUNDO ESTEVAN RIVERA aka "RAY" (3)**, **ADOLFO EFREN**

TAVIRA-ALVARADO (4), ANTONIO FIDALGO-CABELLO aka "TONY" (5), and JESSICA CAROLINA MARTINEZ (6) traveled in the black 1993 Ford pick-up towing the flatbed trailer on IH-10 towards San Antonio, Texas, from Houston, Texas, for the purpose fo transporting the above named weapons concealed inside the sheet rock from Houston, Texas, to Eagle Pass, Texas, and then on to Piedras Negras, Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO
(18 U.S.C. §§ 2, 554)

That on about July 7, 2011, in the Western District of Texas and elsewhere, Defendants,

**JESUS MANUEL PEREZ, SR. aka "CHUY"(1),**
**JESUS PEREZ, JR. aka "CHUITO" (2),**
**RAYMUNDO ESTEVAN RIVERA aka "RAY" (3),**
**ADOLFO EFREN TAVIRA-ALVARADO (4),**
**ANTONIO FIDALGO-CABELLO aka "TONY" (5), and**
**JESSICA CAROLINA MARTINEZ (6)**

knowingly aided and abetted the unlawful receiving, selling, concealment and facilitation of the transportation and concealment of any merchandise, an article, and object, prior to sending or exportation from the United States, knowing the same merchandise, an article, and object to be sent or exported from the United States contrary to any law and regulation of the United States, to-wit; sixty-seven firearms and assorted ammunition, all in violation of Title 18, United States Code, Section 554, and Title 18, United States Code, Section 2.

A TRUE BILL



Foreperson

ROBERT PITMAN
UNITED STATES ATTORNEY

By: _____
GREGORY J. SUROVIC
Assistant United States Attorney